# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

145049

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 145049
                                   COA: 301505
                                   Isabella CC: 2009-000794-FH

MAWUT MAYEN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012                                        _____

p1024                                                         Clerk